IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES STANLEY WILLIAMS,

    Petitioner,                    No. CIV S-07-2576 FCD EFB P

    vs.

FELEKER, Warden,

    Respondent.                ORDER

_____/

       Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

       Petitioner challenges a conviction in the Kern County Superior Court. Actions arising out of Kern County are to be commenced in the district court sitting in Fresno. Local Rule 3-120(d). Rule 3-120(d) provides for intra-district transfer when an action has been commenced in the wrong intra-district venue. Accordingly, this action shall be transferred to Fresno and the court defers ruling on petitioner's application leave for to proceed *in forma pauperis* pending the transfer.

////

////

////

1   Accordingly, it is hereby ORDERED that:

2   1. This action is transferred to the district court sitting in Fresno.  *See* Local Rule 3-
3   120(f);

4   2. The Clerk of Court shall assign a new case number; and

5   3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED:  December 27, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE